**Order entered January 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00392-CV

## CAROL S. ABLON, ET AL., Appellants

## V.

## WILLIAM NEAL ABLON, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14902-I**

## ORDER

We **GRANT** appellants' January 8, 2014 unopposed motion for an extension of time to file a reply brief.  Appellants shall file their reply brief on or before January 23, 2014.

/s/     ADA BROWN
          JUSTICE